UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
ZINA JONES; PEGGY KNICLEY; PAMELA            :
LUCERO; HELEN NELSON; ANGELA ODOM;
MARY POINTER; TERESA RICHTER;                :
ROBERTA RIGGINS; ANN STRINGHAM;
GINA TAYLOR; LINDA THOMAS;                   :
GENEVIEVE TRIGGER; THECLA WILSON;
SHEILA YOUNG; JOHN ZOCH,                     :

    Plaintiffs                          :        Civil Action
v.                                                    No. 04-11099-GAO
                                             :

INDEVUS PHARMACEUTICALS, INC., F/K/A          :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME              :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-             :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS            :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,              :

    Defendants                          :
------------------------------------- x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: June 14, 2004<br>      Boston, Massachusetts | Respectfully submitted, |
| | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |