UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
           :

ZINA JONES; PEGGY KNICLEY; PAMELA    :
LUCERO; HELEN NELSON; ANGELA ODOM;  :
MARY POINTER; TERESA RICHTER;      :
ROBERTA RIGGINS; ANN STRINGHAM;     :
GINA TAYLOR; LINDA THOMAS;        :
GENEVIEVE TRIGGER; THECLA WILSON;   :
SHEILA YOUNG; JOHN ZOCH,        :
           :

    Plaintiffs           :   Civil Action
v.                  :   No. 04-11099-GAO
           :

INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME   :
PRODUCTS CORPORATION; WYETH     :
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A    :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER     :
INGELHEIM PHARMACEUTICALS, INC.,   :
           :

    Defendants         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004                           Respectfully submitted,
     Boston, Massachusetts

    /s/Matthew J. Matule
    Matthew J. Matule (BBO #632075)
    SKADDEN, ARPS, SLATE,
Of Counsel:                                       MEAGHER & FLOM LLP
Barbara Wrubel                                 One Beacon Street
Katherine Armstrong                            Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                          (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                 Counsel for Defendant
                     Boehringer Ingelheim Pharmaceuticals, Inc.